

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-21-00037-CV

---

EX PARTE J.R.W.

---

On Appeal from the 412th Judicial District Court
Brazoria County, Texas
Trial Court No. 108020-CV

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     June 28, 2021
Date Decided:       June 29, 2021

---

[1]Originally appealed to the First Court of Appeals in Houston, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.